# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# Urbana Division

| | |
|---|---|
| **CRYSTAL ELMORE,** ) | |
| **Plaintiff,** ) | |
| **v.** ) | **Case No. 08-2221** |
| ) | |
| **MICHAEL J. ASTRUE,** ) | |
| **COMMISSIONER OF SOCIAL SECURITY,** ) | |
| ) | |
| **Defendant.** ) | |

# O R D E R

In April 2008, Administrative Law Judge (hereinafter "ALJ") David Thompson denied Plaintiff Crystal Elmore's application for disability insurance benefits and supplemental security income. ALJ Thompson based his decision on a finding that Plaintiff was able to perform her past relevant work.

In September 2008, Plaintiff filed a Complaint for Judicial Review (#3) against Defendant Michael Astrue, the Commissioner of Social Security, seeking judicial review of the ALJ's decision to deny social security benefits. In April 2009, Plaintiff filed a Motion for Summary Judgment or Remand (#13). In June 2009, Defendant filed a Motion for an Order Which Affirms the Commissioner's Decision (#17). In August 2009, Plaintiff filed a Reply to Defendant's Memorandum in Support of Motion for Summary Affirmance (#19).

After reviewing the administrative record and the parties' memoranda, this Court entered an Order granting Plaintiff's Motion for Summary Judgment or Remand (#13). Consistent with the Court's reasoning in the Order granting Plaintiff's motion, the Court now **DENIES** Defendant's Motion for an Order Which Affirms the Commissioner's Decision **(#17)**.

ENTER this 15th day of December, 2009.

s/ DAVID G. BERNTHAL
U.S. MAGISTRATE JUDGE